July 28, 2019

CASE# 19 CV 6421

2019 AUG -8 AM 10:35 S.D. OF N.Y.

To: Pro Se Intake Unit
@ U.S.D.C. of the S.D. of NY
40 Foley Square, Room # 105, And all other Concerned parties; I. Arthur, this being my Christian name, Brown, this being my fathers family name, am now being held in slavery on Rikers Island @ A.M.K.C. 18-18 Hazen ST. East Elmhurst New York, 11370. The Person now charged with carrying out my enslavement goes by WARDEN; KISA SMALLS. The Slave identification numbers attached to me are B+c# 3001900234 and N.Y.S.I.D.# 02144596M. I was traded to this location on the 25th, day of July, 2019. The Case number for my Petition for a writ of habeas Corpus is 19 CV 6421. I placed it in the hands of the mail currier on the 3rd, day of July, 2019, and was informed upon inquiry that it was received on the 4th, day of July, 2019 by the Pro Se Intake Unit and was waiting to be assigned a Judge for review.

By the time this writing is received; one (1) month will have elapsed since my Petition for redress, namely a writ of Habeas Corpus, has been in the hands of the Pro Se Intake Unit of the U.S.D.C. of the S.D. of NY, and three (3) months will have elapsed since I was seized in my liberty and forced into slavery for profit, in direct violation

A.B. Page #1 of 2

of the Constitution, the Supreme laws of the land and several Treatise prohibiting this peculiar institution in all forms and of any kind within the jurisdiction of the United States of America.

Every day that goes by is another day ive suffered the inhumanity of slavery and bondage, so, it is with this writing I stress that I am indeed in dire straits, and that this matter is of the uppermost importance. "CASE# 19CV6421"

Respectfully Submitted under the eyes of the allmighty Creator Unlawfully Enslaved by Man

Arthur Breen

Without Prejudice, All Rights Reserved
Enslavement Number: 3001900234
Enslaved @ 18-18 Hazen, ST.
East Elmhurst NY
11370

Sworn to before me this
30th day of July 2019

Nadine

NADINE GRIFFIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GR6331585
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 10/13/2019

(AB) page# 2 of 2

Arthur C. Brown
18-18 Hazen ST.
East Elmhurst, N.Y. 11370

RECEIVED

2019 AUG -6  PM 2:41

CLERK'S OFFICE
U.S. COURT OF APPEALS

"LEGAL MAIL"

United States District Court
of the Southern District of New York
Pro Se Intake Unit
Thurgood Marshall U.S. Court House
UD Foley Square  Room # 105
New York, New York 10007

"URGENT"



