UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR LAMAR BROWN,

                              Petitioner,

            -against-

WARDEN, SHERMA DUBNAR; THE
PEOPLE OF THE STATE OF NEW YORK,

                              Respondents.

19-CV-6421 (CM)

CIVIL JUDGMENT

Pursuant to the order issued August 19, 2019, dismissing the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:     August 19, 2019
           New York, New York

_____
        COLLEEN McMAHON
    Chief United States District Judge